original

Attorneys for Plaintiff(s) is pro se
Luba Hill
200 East 69 St.-6D
New York, New York 10021
lnhillic'hotmail.com

2008 FEB 27 AM 11:19
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
SANTA ANA

FILED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luba Hill<br>PLAINTIFF(S)<br>v.<br>James T. Hill<br>DEFENDANT(S) | CASE NUMBER<br>SACV 07-823 JVS(MLGx)<br><br>Motion for<br>Proof of Service<br>2/27/08 |

The plaintiff, Luba Hill files this motion as proof of service of the complaint and summons. She has attached the following exhibits:

Ex 1 - declaration of process server of service

Ex 2 - the defendant's photo (and also is Attachment A in the declaration)

Ex 3 - proof of service

Ex 4 - gate pass used by process server

Ex 5 - copies of mail sent to the defendant of the complaint and summons and the court's order and proof that he rejected delivery

Ex 6 - sheriff's letter

She apologizes to the court for this delay in the service of this lawsuit. She arrived in Los Angelos on Friday 2/22/08. She had made

arrangments for a server to meet her at the airport, but he wanted $600. She called Michael at 714 978 6090 and he was to call and meet her for a fee of $125. He never called back. She met the process server (who did the job) at the Santa Ana Clerk Recorder Office on 2/25/08.

When the plaintiff filed this lawsuit, she believed that it needed to be served by a person. An attorney told her that it could be sent. After the defendant refused to accept the 2 deliveries, she contacted the Newport Beach Sheriff's office. Gail told her to contact the L.A. Marshall's office who needed a $1500 payment and a court order. She called Gail again and on Friday 2/22/08 went to see her in person. The plaintiff had called and left a message weeks ago about trying to settle this case with money given to their learning disabled son. In L.A., she also called and emailed him about meeting to discuss a settlement to insure the financial future of their son. The defendant

2.

1. has never returned any of her requests.
2. James Hill is a transvestite who
3. spent thousands of dollars on women's
4. clothing (while (in 90 while earning
5. $668,000) refused to pay almost a
6. $2,000 tutor's bill for their son
7. (and tutoring was stopped) and the
8. son was asked to leave the school.
9. James Hill stole medical reimburse-
10. ments and lied in court about
11. them, kept the money + left his
12. childrens' medical bills unpaid.
13. James Hill lied on every financial
14. affidavit filed in this divorce and
15. unfortunately the alimony that he
16. has refused to pay is $300 weekly.
17. He stopped in 7/01 when he bought his
18. house for which he has a lien of
19. 1.8 m on a $2.3 home. He is doing
20. presently what he did when he put
21. their marital home into foreclosure.
22. A judge in Oct 91 found that the
23. plaintiff's signature had been forged
24. on a bank loan of over $200,000+.
25. James Hill was the only one who
26. handled the papers and dealt
27. with the bank. This transvestite has
28. physically, emotionally and financially

tortured his    3.    4 children.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUBA HILL,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES HILL,<br><br>    Defendant | Case No.: SACV07-823 JVS (MCGx)<br><br>DECLARATION OF SHARYCE GONZALEZ RE EFFORTS TO LOCATE AND SERVE THE DEFENDANT JAMES HILL |

I, Sharyce Gonzalez, say:

I am a registered process server in Orange County and the owner of Princess Process Service of Lake Forest, California. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the state of California.

The following facts are within my personal knowledge except those representations made based upon business records maintained in the normal course of business. If sworn as a witness I can and will truthfully and competently testify thereto.

On or about February 25, 2008 I was retained by the Plaintiff to serve the Summons and Complaint on the Defendant JAMES HILL, an individual, at 7 Sea View Lane Newport Beach, California 92657 in the Ocean Ridge gated community.

I attempted service at that address and spoke to a current resident JOHN DOE who refused service and did not identify himself or any other residents when asked. This service attempt was done at 7:05pm on February

25, 2008.  JOHN DOE was a white male, 60 years old, 6 foot 1 inch in height, wore prescribed eyeglasses, had dark brown hair and was approximately 160 pounds.

At 7:10pm on February 25, 2008 I spoke with R. Campos a security guard employed by the Gateworks Group.  He was the person in charge of security at the Ocean Ridge gated community at the time.  He verified the address and identified James Hill as the primary resident and owner of 7 Sea View Lane, Newport Beach, CA 92657.  He stated that he believed James Hill to be currently home.  Furthermore, he identified James Hill as a white male, 60 years of age, approximately 6 feet tall, wearing prescribed eyeglasses, with dark brown hair and a weight of approximately 160 pounds.

At 7:16pm on February 25, 2008 I served JOHN DOE the Summons and Complaint at 7 Sea View Lane, Newport Beach, California 92657.  I also informed him of the nature of the legal documents and to forward them to JAMES HILL.

On February 26, 2008, in accordance with the California Code of Civil Procedure, I mailed a copy of the Summons and Complaint by First-Class mail to JAMES HILL at 7 Sea View Lane, Newport Beach, California 92657 from Irvine, California.

//

//

1   On February 26, 2008 I met with the Plaintiff, LUBA HILL who provided a
2   photograph of defendant, JAMES HILL.  The photograph is attached to this
3   declaration as Attachment 'A'.  The individual in the photograph is identical
4   to the person I served on February 25, 2008 at 7:16pm.
5   I declare under penalty of perjury under the laws of the State of
6   California that the forgoing is true and correct and this declaration is
7   executed on February 26, 2008 at Lake Forest, California.
8                                             Dated this 26th day of February, 2008

                                              _____
                                              Sharyce Gonzalez

Summary of Pleading - 3

6.

# Hovde

Attachment A

Home | Careers

Did you know that Hovde investme
garnered the highest sale price in s
for a community bank client in Flori

| Investment Banking | Asset Management | Private Equity | Securities | About Hovde | Press & Resources |

Overview | M&A Transactions | Rankings | Team & Contacts

Team Bios



**James T. Hill**
Managing Director

Tel: 310.535.9200
Email: jhill@hovde.com

**James T. Hill**
Managing Director

**Steven D. Hovde**
President and Chief Executive Officer
Director of Investment Banking Operatic

**Nickolas J. Barbarine**
Principal
Director of Southeast Investment Bankir
Operations

**Stephen E. Nelson**
Principal

**James T. Hill**
Managing Director

**Eugene B. Katz**
Senior Vice President

**Terry M. Keating**
Senior Vice President

**Joseph J. Thomas**
Senior Vice President

**Rory A. McKinney**
Vice President

**Michael F. Timothy**
Vice President

**Christopher M. Olsen**
Vice President

**R. Clark Locke**
Vice President

**Kevin J. Ryan**
Vice President

**Joseph N. Gulash**
Senior Associate

**Andrew Fitzgerald**

As Managing Director in Hovde Financial's California office, Mr. Hill focuses on providing merger and acquisition, financial advisory and capital raising services to West Coast community banking institutions. He has over 36 years of investment banking experience and has for the last 23 years specialized in providing a full range of investment banking services to community banking institutions.

Prior to joining Hovde Financial, Mr. Hill was a Managing Director at Friedman, Billings, Ramsey in the firm's Irvine, California office. Mr. Hill was also previously Managing Director and Head of the Financial Institutions Group at Sutro & Co., Incorporated in Los Angeles; Senior Vice President at Ryan, Beck & Co.; Managing Director and Head of the Financial Institutions Group of PaineWebber Incorporated; Director-Finance in the Financial Institutions Department of Salomon Brothers; Managing Director in the Investment Banking Department of Warburg Paribas Becker; and a Vice President in the Corporate Finance Department of Smith Barney Harris Upham & Co.

Mr. Hill is a frequent speaker at various industry and professional events and has written articles in industry publications regarding topics specific to financial institutions. He is a 1967 graduate of Harvard College and received his M.B.A. in 1969 from the Harvard Graduate School of Business Administration. In addition, Mr. Hill is licensed with the National Association of Securities Dealers as a general securities representative and general securities principal.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Guta Hill

Plaintiff(s)

v.

James Hill

Defendant(s)

CASE NUMBER: SACV 07-823 JVS (MCGx)

**PROOF OF SERVICE**
**SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. ☑ summons   ☑ complaint   ☐ alias summons   ☐ first amended complaint
   ☐ second amended complaint
   ☐ third amended complaint

   ☐ other *(specify)*:

2. **Person served:**
   a. ☑ Defendant *(name)*: James Hill
   b. ☐ Other *(specify name and title or relationship to the party/business named)*:

   c. ☐ Address where papers were served:

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. ☐ Federal Rules of Civil Procedure
   b. ☑ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ **Papers were served on** *(date)*: _____ at *(time)*: _____

   b. ☑ By **Substituted service.** By leaving copies:
      1. ☑ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☑ **Papers were served on** *(date)*: 02/25/08   at *(time)*: 1916
      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☑ **papers were mailed on** *(date)*: 02/26/08
      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)

PAGE 1

8.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Sharyce Gonzalez
   22885 Costa Bella Dr.
   Lake Forest, CA   92630

   a. Fee for service: $ 35.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☑ Registered California process server
      County of Orange  RPC# 2090

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 02-26-08

_____
(Signature)

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                                         PAGE 2

9.

Issued Date: Feb 25, 2008

## Ocean Ridge

Permit ID: 4-234722

# SERVICE PASS

Issued To: **PROCESS SERVER**

Guest Of: **7 SEA VIEW LN**

Valid Through: **2008 Feb 25**

License Number: **4YYN290**

Hours of Directions to Residence:
M-F: 7am - 6pm
Sat: 9am - 3pm

Take Ocean Ridge Drive and turn right on Sea View Lane. Make a left on Sea View Lane.

Guard: rcampos
Time: 19:05

**SOLICITATION PROHIBITED**
:ions may result in denial of future access
PLACE ON DRIVER'S SIDE DASH



11.



# SHERIFF-CORONER DEPARTMENT
# ORANGE COUNTY
### COURT OPERATIONS - Harbor Justice Center

Date:   February 15, 2008

To:     Luba Hill
        200 E. 69th St. #6D
        New York, NY 10021

From:   Orange County Sheriffs Department-- Court Services--Harbor Justice Center

RE:     Return of Document

---

The attached document is being returned for the following reason:

The Sheriff's Office does not serve papers from a "District Court". These must be served by the US Marshal.
The contact number for the US Marshal in Orange County is 714-338-4610 and they are located at
411 W. 4th Street
Santa Ana, CA

12.

4601 Jamboree Road, Room 108, Newport Beach, California 92660 Phone (949) 476-4820 Fax (949) 476-4673

the Plaintiff
by *Luba Hill*
Luba Hill
200 East 69 St 6D
NY, NY 10021
lnhill1@hotmail.com

## Certification

I hereby certify that in compliance with rules a copy of the foregoing has been sent to the following on 2/28/08:

James T. Hill
7 Seaview Lane
Newport Beach Ca
92651-1906

the Plaintiff
By *Luba Hill*
Luba Hill
200 E 69 St. 6D
N.Y, NY 10021
lnhill1c@hotmail.com

13.