Name and address
PAUL A. HOFFMAN, ESQ. (BAR #146805)
GREENWALD & HOFFMAN, LLP
1851 E. FIRST STREET, SUITE 860
SANTA ANA, CA 92705-4039
Tel: (714) 285-0025
Fax: (714) 285-0028
E-mail: pahoffman@ghlaw.us

FILED
CLERK, U.S. DISTRICT COURT
OCT - 7 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**BY FAX**

| | |
|---|---|
| LUBA HILL, Plaintiff(s) v. JAMES T. HILL Defendant(s). | CASE NUMBER SACV07-823 JVS (MLGx) REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

FILED BUT NOT FILED
OCT - 7 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
DEPUTY

LUBA HILL    ☑ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of PAUL A. HOFFMAN, ESQ.
*New Attorney*

as attorney of record in place and stead of LUBA HILL, PRO SE
*Present Attorney*

Dated 10/6/09                         [signature]
                                      *Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated 10/6/09                         [signature]
                                      *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated 10/6/09                         [signature]
                                      *Signature of New Attorney*
                                      146805
                                      *State Bar Number*

If party requesting to appear Pro Se:

Dated _____                         _____
                                      *Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)             REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY