PAUL A. HOFFMAN, ESQ.  (Bar # 146805)
GREENWALD & HOFFMAN, LLP
1851 E. FIRST STREET, SUITE 860
SANTA ANA, CA  92705-4039
Tel: (714) 285-0025
Fax: (714) 285-0028
E-mail:  PAHOFFMAN@GHLAW.US

FILED
CLERK, U.S. DISTRICT COURT
OCT - 7 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

BY FAX

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUBA HILL, <br> Plaintiff(s) <br> v. <br> JAMES T. HILL, <br> Defendant(s). | CASE NUMBER: <br> SACV-07-823 JVS (MLGx) <br><br> ORDER ON <br> REQUEST FOR APPROVAL OF <br> SUBSTITUTION OF ATTORNEY |

RECEIVED BUT NOT FILED
OCT - 1 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY

The Court hereby orders that the request of:

LUBA HILL                                   ☒ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

to substitute   PAUL A. HOFFMAN, ESQ. _____ who is

☒ Retained Counsel      ☐ Counsel appointed by the Court (Criminal cases only)      ☐ Pro Se

1851 E. FIRST STREET, SUITE 860
*Street Address*

SANTA ANA, CA  92705-4039                                      PAHOFFMAN@GHLAW.US
*City, State, Zip*                                               *E-Mail Address*

(714) 285-0025                  (714) 285-0028                  146805
*Telephone Number*              *Fax Number*                    *State Bar Number*

as attorney of record in place and stead of ___LUBA HILL, Plaintff Pro Se___
                                               *Present Attorney*

is hereby   ☒ GRANTED      ☐ DENIED

Dated   10/7/09                              _____[signature]_____
                                             U.S. District Judge/~~U.S. Magistrate Judge~~

**NOTICE TO COUNSEL: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.**