Name and address:
LUBA HILL, PLAINTIFF PRO SE
205 EAST 85TH STREET
NEW YORK, NY 10028
~~[redacted]~~ by LHill
E-MAIL: LNHILL1@HOTMAIL.COM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUBA HILL, <br><br> Plaintiff(s) <br> v. <br><br> JAMES T. HILL <br><br> Defendant(s). | CASE NUMBER: <br><br> SACV07-823 JVS (MLGx) <br><br> ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

**LUBA HILL**  ☑ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

to substitute **LUBA HILL** who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☑ Pro Se

**205 EAST 85TH STREET**
*Street Address*

**NEW YORK, NY 10028**         **LNHILL1@HOTMAIL.COM**
*City, State, Zip*                        *E-Mail Address*

~~[redacted]~~ by LHill
*Telephone Number*     *Fax Number*        *State Bar Number*

as attorney of record in place and stead of **PAUL A. HOFFMAN, ESQ./GREENWALD & HOFFMAN, LLP**
                                                                        *Present Attorney*

is hereby   ☐ **GRANTED**     ☐ **DENIED**

Dated _____

                                       U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.