Luba Hill
200 East 85 st.
New York, New York
10028
lubahill1@hotmail.com

11/6/2009

United States District Court
Central District of California

Luba Hill
  plaintiff
v
James T. Hill
  defendant

SACV-07-823 JVS(MLG)
and
Application for Order Permitting Service of Process by Registered Process Server

The plaintiff, Luba Hill requests the court's permission to have her judgment, that was entered on 9/29/09, to be served by the process server All-N-One Legal Support (Wayne Maass) located at 1545 Wilshire Blvd, S.715 Los Angeles, Ca 90017, 213-202-3990. This name was given to her by Lisa at the U.S. Marshals Service @ 255 E. Temple St., room 346, LA Ca. 90012.

1. of 3

After her judgment was entered, she hired a law firm to properly record the judgment. That firm wrote an incorrect date of 9/28/09 on the writ, and refused to correct it, wrote the wrong social security number of the defendant on the abstract of judgment, and had the wrong plaintiff's address. The firm refused to continue to represent her, until she allowed them to be the trustees of all money received from the defendant's employer (Houde). The firm also sent the garnishment papers to the marshall, even after the plaintiff told them that they could not be the recipient of any money from Houde. The firm sent the garnishment papers to a wrong marshall and not a federal marshall. The plaintiff came out from New York City to complete the work and discovered that the Orange County recording was filed incorrectly. The law firm, in writing has stated that the writ that has a wrong date, will not affect the 3 recordings.

2

Luba Hill
Luba Hill
205 E 85 St.
New York, New York
10028.

Order

It is hereby ordered, that the plaintiff's application for order permitting service of process is __GRANTED__, and that any agent of All-N-One Legal Support (Wayne Maass), who is at least 18 years of age, of suitable discretion & not a party for this action, be authorized & appointed to serve the writ issued in this action.

It is so ordered

Dated __11.6.09__

_____
JAMES V. SELNA
U.S. DISTRICT JUDGE

3.