# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PLAINTIFF:** Luba Hill
**COURT CASE NUMBER:** SAC07823 JVS MLGX
**DEFENDANT:** James T. Hill
**TYPE OF PROCESS:** Writ of Execution-Levy

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:** Hovde

**AT ADDRESS:** 8383 Wilshire Blvd. S.1034, Beverly, Ca 90211  310 535 9200

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

Luba Hill
205 East 85 St.
New York, New York 10028

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE**

please serve immediately if possible; and get proof of receipt by party who accepts, his name & title in firm. 310 635 9200. Defendant has his $2.5 million house in Newport Beach for sale + owes support to ex-wife + 4 children - 2 with past cancers

**Signature of Attorney or other Originator requesting service on behalf of:** Luba Hill
☒ PLAINTIFF  ☐ DEFENDANT
**TELEPHONE NUMBER:** lnhill1@mail.com (not hot)
**DATE:** 11/4/09

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
District of Origin No. 12
District to Serve No. 12
Signature of Authorized USMS Deputy or Clerk: Joenz for L. Kim
Date: 12/7/09

Name and title of individual served (if not shown above):

Date of Service: 
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:** Served: 12.7.09

**PRIOR EDITIONS MAY BE USED**  **1. CLERK OF THE COURT**  **FORM USM-285 (Rev. 12/15/80)**

Luba Hill (Phone No. 917.971.2564
205 East 85th Street
New York, New York 10028

| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | Case No. SACV-07-823 JVS (MLGx) ORIGINAL |
|---|---|
| Luba Hill<br>vs.<br>James T. Hill | PROOF OF SERVICE |

I **served two copies of** the:
- ☒ Writ of Execution
- ☐ Writ of Attachment
- ☒ Employee Instructions
- ☐ Notice of Levy
- ☐ Notice of Attachment
- ☒ Employer's Return
- ☐ Memorandum of Garnishee
- ☒ Earnings Withholding Order
- ☒ Employer's Instruction
- ☒ Exemptions from Enforcement of Judgments
- ☐ Bond or Undertaking
- ☐ Certified copy of Fictitious Business Name Statement
- ☐

on the party served as the
- ☒ Garnishee
- ☐ Judgment Debtor
- ☐ Defendant
- ☐ Third Party
- ☐

1. Name: **Hovde**
2. Person served and title: **Joanna Ward, person authorized to accept service of process**
3. Person with whom left:
4. Date and time of **delivery**: **March 7, 2009 @ 4:45pm**
5. Mailing date and place:
6. Address: **8370 Wilshire Blvd., Suite 340, Bevely Hills, CA 90211**
7. Manner of service:
   - ☒ Personal service ( CCP 415.10)
   - ☐ Substituted service ( CCP 415.20)
   - ☐ Mailing (CCP    )
   - ☐ Posting (CCP    )
   - ☐ Other:

8. Other activity (when required):
   - ☐ Recorded with County Recorder of       County
   - ☐ Filed with Secretary of State
   - ☐ Filed with Department of Motor Vehicles
   - ☐ Filed with Department of Housing and Community Development
   - ☐ Prescribed fee paid

9. At the time of service, I was at least eighteen years of age and not a party to the within action.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: **December 8, 2009**.
Fee for service: $        ☐ Recoverable per CCP 1032.8

Registered Process Server John Gonzalez
County of Los Angeles # 2971
ALL-N-ONE LEGAL SUPPORT, INC.
1545 WILSHIRE Blvd., # 715
LOS ANGELES, CA. 90017
213-202-3990
FAX: 213-202-3996

Document served by Member Firm
CALIFORNIA ASSOCIATION OF
PHOTOCOPIERS & PROCESS SERVERS
Assurance to the Judiciary of honesty
and integrity of performance

PROOF OF SERVICE

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): TELEPHONE NO.: (917) 971-2564  FOR COURT USE ONLY

Luba Hill
205 East 85th Street  New York, NY 10028

Ref. No. or File No.

ATTORNEY FOR (Name): In Pro Per

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
312 N. SPRING ST. #G-8
LOS ANGELES, CA 90012

PLAINTIFF:

Luba Hill

DEFENDANT:

James T. Hill

| NON SERVICE REPORT | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: SACV07823 |
|---|---|---|---|---|

ORIGINAL

Case 8:07-cv-00823-JVS-MLG   Document 41   Filed 12/16/09   Page 3 of 3   Page ID #:355

I am and was on the dates herein mentioned over the age of 18 and not a party to this action;

I received the following documents:

**Earnings Withholding Order; Employer's Instructions; Employer's Return; Writ of Execution (Money Judgment)**

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:

Name: **Hovde**

Business: **8383 Wilshire Blvd, Suite 1034**
**Beverly Hills, CA 90211**

Process is being returned without service for the following reason(s):

**12/07/2009 -- 02:30 pm**
**Service cannot be made at given address because premises are vacant.**

RECEIVED
U.S. MARSHALS SERVICE
LOS ANGELES, CA 90012
09 DEC 11 PM 3 14

Registered California Process server.
County: **Los Angeles**
Registration No.: **2971**
**All-N-One Legal Support, Inc.**
**1545 Wilshire Blvd., Suite 715**
**Los Angeles, CA 90017**
**(213) 202-3990**

I declare under penalty of perjury under the laws of the State of California that the foregoing information is ture and correct.
Date:

Signature: _____
**John J. Gonzalez**

**NON SERVICE REPORT**

Order#: 0122987/NONFOR